# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-547-FDW-DCK

| | |
|---|---|
| STEPHANIE WALKER, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) SILVERMAN THEOLOGOU LLP and JOHN DOES 1-25, ) ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by C. Randolph Emory, concerning Raphael Deutsch on October 1, 2020. Raphael Deutsch seeks to appear as counsel *pro hac vice* for Plaintiff Stephanie Walker a/k/a Stephanie Peppers. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Raphael Deutsch is hereby admitted *pro hac vice* to represent Plaintiff Stephanie Walker.

Signed: October 5, 2020

David C. Keesler
United States Magistrate Judge